

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00184-CV

_____

SOUTHLAKE AVIATION, LLC, Appellant

V.

SOUTHLAND PROPERTY TAX CONSULTANTS, INC., Appellee

On Appeal from the 236th District Court
Tarrant County, Texas
Trial Court No. 236-280819-15

Before Kerr, Pittman, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Southlake Aviation, LLC's Unopposed Motion to Dismiss Appeal" and see no reason not to grant it. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay the costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered:  October 4, 2018